

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*Suite 1100*
*White Plains, NY 10606*

February 1, 2023

**BY EMAIL and ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re: *United States v. Joseph Duquesne*, No. 23 Cr. 13 (KMK)

Dear Judge Karas:

      The Government respectfully submits this letter, with the consent of the United States Probation Office ("Probation"), to request the unsealing of all records maintained by Probation regarding Joseph Duquesne's supervision that are relevant to the above-referenced case, including internal chronologies and any other information or evidence relating to: (1) a November 26, 2022 shooting that Duquesne is alleged to have committed and (2) a December 12, 2022 search of Duquesne's home conducted by Probation.  The Government seeks those materials so that, among other reasons, it can fulfill its Rule 16 disclosure obligations in the above-referenced case.

Granted.
So Ordered.

2/1/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Ben Arad
Assistant United States Attorney
(914) 993-1907

cc: Ezra Spilke, Esq.